# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    V.<br><br>Edy Aday Osorio-Berrelleza,<br><br>            Defendant. | Criminal Case No. 25cr1111-WQH<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1-3 of the Information .

Dated:  May 16, 2025

_____
Hon. William Q. Hayes
United States District Court

25cr1111-WQH